IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EZRA GAVIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07-3018 |
| ) | |
| STEPHEN V. WRIGHT and ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF ILLINOIS, ) | |
| ) | |
| Respondents. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 4) (Petition) and his Motion to Appoint Counsel (d/e 2).  This is the initial consideration of the Petition under Rule 4 of the Rules Governing § 2254 Cases.  As set forth below, the Attorney General for the State of Illinois is directed to respond to the Petition.  Petitioner's Motion to Appoint Counsel, however, is denied.

After a review of the Petition, this Court finds that a summary dismissal is not warranted.  Therefore, pursuant to Rule 4, the Court directs

1

the Attorney General for the State of Illinois to respond to the Petition. The response shall discuss the merits and the procedural posture of the Petition, i.e. whether Petitioner has exhausted his state remedies and/or procedurally defaulted any of his claims. See Rule 5 of the Rules Governing § 2254 Cases.

Turning to the Motion to Appoint Counsel, the Court notes that Petitioner's request is premature. At this point, the interests of justice do not require that representation be provided to Petitioner. See 18 U.S.C. § 3006A(a)(2)(B). Therefore, the Motion to Appoint Counsel is denied. However, if the Court determines that an evidentiary hearing is warranted, counsel will be appointed. See Rule 8 of the Rules Governing § 2254 Cases.

THEREFORE, the Motion to Appoint Counsel (d/e 2) is DENIED. The Attorney General for the State of Illinois is Ordered to file on or before March 30, 2007, an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases to Petitioner's Petition for a Writ of Habeas Corpus (d/e 4). Petitioner is granted 21 days from the time the answer is filed to file a reply.

IT IS THEREFORE SO ORDERED.

ENTER: February 12, 2007.

FOR THE COURT:

                                       s/ Jeanne E. Scott
                                         JEANNE E. SCOTT
                             UNITED STATES DISTRICT JUDGE